Ralph D. Hughes, Esq. (SBN 111641)
Brad Stuckey, Esq. (SBN 214971)
**HUGHES LEGAL GROUP, PC**
4471 Stoneridge Drive, Suite B
Pleasanton, California 94588
law@ralphdhughes.com
Telephone: (925) 426-9200
Facsimile: (925) 426-9215

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE FEDERICO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OVERLAND CONTRACTING, INC., a Georgia Corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO.: 12-CV- 02588 MEJ<br><br>*Assigned For All Purposes to Honorable Maria-Elena James   - Dept. B*<br><br>[~~PROPOSED~~] **ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: April 20, 2012 |

Based upon stipulation by the parties and for good cause appearing, Plaintiff Lee Federico is hereby granted leave to file a first amended complaint. Defendant Overland Contracting, Inc. shall not be required to answer the first amended complaint, all allegations shall be deemed denied, and all affirmative defenses from Defendant's original answer shall be deemed plead by Defendant.

IT IS SO ORDERED

DATED  September 19, 2012          _____

Honorable Maria-Elena James

[~~PROPOSED~~] ORDER

- *1* -