1  Ralph D. Hughes, Esq. (SBN 111641)
   Brad Stuckey, Esq. (SBN 214971)
2  **HUGHES LEGAL GROUP, PC**
   4471 Stoneridge Drive, Suite B
3  Pleasanton, California 94588
   law@ralphdhughes.com
4  Telephone: (925) 426-9200
   Facsimile: (925) 426-9215
5
   Attorneys for Plaintiff
6
                    **UNITED STATES DISTRICT COURT**
7
                  **NORTHERN DISTRICT OF CALIFORNIA**
8

9
10  LEE FEDERICO, an individual,                    CASE NO.: 12-CV- 02588 MEJ

11           Plaintiff,                             *Assigned For All Purposes to Honorable*
                 vs.                                *Maria-Elena James   - Dept. B*
12
    OVERLAND CONTRACTING, INC., a                   ~~[PROPOSED]~~ **ORDER GRANTING**
13  Georgia Corporation; and DOES 1 through         **LEAVE TO FILE FIRST AMENDED**
    30, inclusive,                                  **COMPLAINT**
14
             Defendants.
15

16

17                                                  Complaint Filed: April 20, 2012

18          Based upon stipulation by the parties and for good cause appearing, Plaintiff Lee Federico

19  is hereby granted leave to file a first amended complaint.  Defendant Overland Contracting, Inc.

20  shall not be required to answer the first amended complaint, all allegations shall be deemed

21  denied, and all affirmative defenses from Defendant's original answer shall be deemed plead by

22  Defendant.

23  IT IS SO ORDERED

24

25  DATED__September 19, 2012___                    _____

26                                                  Honorable Maria-Elena James

27
    ──────────────────────────────────────────────────────────────────
28  ~~[PROPOSED]~~ ORDER

**HUGHES LEGAL GROUP**
A Professional Corporation
Pleasanton, California