Julia Azrael (Bar No. 109049)
John S. Curtis (Bar No. 50350)
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone: (818) 766-5177
Facsimile: (818) 766-5047

Attorneys for Defendant OVERLAND CONTRACTING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE FEDERICO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OVERLAND CONTRACTING, INC., a Georgia Corporation; and DOES 1 through 30 inclusive,<br><br>Defendants. | CASE NO. CV 12-02588 MEJ<br><br>Case Assigned to the Honorable Maria-Elena James – Ctrm. B<br><br>[Complaint Filed: April 20, 2012]<br><br>~~[PROPOSED]~~ **ORDER CONTINUING MEDIATION DEADLINE**<br><br>Discovery Cutoff:   February 12, 2013<br>Motion Cutoff:      March 14, 2013<br>Trial Date:         August 19, 2013 |

Based upon the stipulation of the parties and for good cause appearing, the deadline for mediation currently set for December 11, 2012, is extended to February 14, 2013.

IT IS SO ORDERED.

DATED: December 11, 2012

_____
MARIA-ELENA JAMES
United States District Court Judge

- 1 -
[Proposed] Order Continuing Mediation Deadline