# UNITED STATES DISTRICT COURT
# Northern District of California

LEE FEDERICO,

        Plaintiff,

  v.

OVERLAND CONTRACTING, INC., et al.,

        Defendants.

_____/

No. CV12-2588 MEJ

**ORDER RE: CASE STATUS**

Pursuant to the July 24, 2012, Case Management Order in this case, all pretrial motions were to be filed, served, and noticed by March 14, 2013. Dkt. No. 12. As neither party filed a motion, the Court ORDERS the parties to meet and confer and thereafter file a joint status report by April 11, 2013. Among any other topics the parties wish to address, the statement shall include a report as to whether the Court should continue pretrial and trial deadlines, including dispositive motions, and whether it would be beneficial for the parties to participate in a settlement conference with another magistrate judge.

**IT IS SO ORDERED.**

Dated: March 26, 2013

                                                _____
                                                Maria-Elena James
                                                United States Magistrate Judge