# UNITED STATES DISTRICT COURT
## Northern District of California

LEE FEDERICO,

        Plaintiff,

  v.

OVERLAND CONTRACTING, INC., et al.,

        Defendants.

_____/

No. C12-2588 MEJ

**SECOND ORDER RE: CASE STATUS**

On March 26, 2013, the Court ordered the parties to meet and confer and thereafter file a joint status report by April 11, 2013. Dkt. No. 25. The Court requested that the parties' statement address topics including a report as to whether the Court should continue pretrial and trial deadlines, including dispositive motions, and whether it would be beneficial for the parties to participate in a settlement conference with another magistrate judge. As the parties have failed to file a report, the Court again ORDERS the parties to file a status report with this information by May 16, 2013. Failure to comply with this Order may result in the imposition of sanctions, including dismissal for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 7, 2013

_____
Maria-Elena James
United States Magistrate Judge