1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

LEE FEDERICO,

               Plaintiff,

    v.

OVERLAND CONTRACTING, INC., et al.,

             Defendants.

_____/

No.  C12-2588 MEJ

**SECOND ORDER RE: CASE STATUS**

On March 26, 2013, the Court ordered the parties to meet and confer and thereafter file a joint status report by April 11, 2013.  Dkt. No. 25.  The Court requested that the parties' statement address topics including a report as to whether the Court should continue pretrial and trial deadlines, including dispositive motions, and whether it would be beneficial for the parties to participate in a settlement conference with another magistrate judge.  As the parties have failed to file a report, the Court again ORDERS the parties to file a status report with this information by May 16, 2013. Failure to comply with this Order may result in the imposition of sanctions, including dismissal for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 7, 2013

_____
Maria-Elena James
United States Magistrate Judge