UNITED STATES  DISTRICT COURT

Northern District of California

LEE FEDERICO,

               Plaintiff,

     v.

OVERLAND CONTRACTING, INC., et al.,

               Defendants.

_____/

No.  C-12-2588 MEJ

**CASE MANAGEMENT ORDER**

       The Court is in receipt of the parties' Joint Status Report, filed May 16, 2013.  Dkt. No. 27. Upon review of the report, the Court ORDERS as follows:

1)     The discovery cutoff is continued to June 15, 2013;

2)     The deadline for filing dispositive motions is August 1, 2013, with a hearing on September 5, 2013 at 10:00 a.m.; and

3)     All pretrial and trial deadlines are vacated.  After resolution of any dispositive motions, the Court shall either refer the parties to another magistrate judge for a settlement conference or schedule the matter for trial forthwith.

       **IT IS SO ORDERED.**

Dated: May 20, 2013

_____
Maria-Elena James
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**