UNITED STATES DISTRICT COURT

Northern District of California

LEE FEDERICO,

                Plaintiff,

  v.

OVERLAND CONTRACTING, INC., et al.,

                Defendants.
_____/

No. C-12-2588 MEJ

**CASE MANAGEMENT ORDER**

       The Court is in receipt of the parties' Joint Status Report, filed May 16, 2013. Dkt. No. 27. Upon review of the report, the Court ORDERS as follows:

1)     The discovery cutoff is continued to June 15, 2013;

2)     The deadline for filing dispositive motions is August 1, 2013, with a hearing on September 5, 2013 at 10:00 a.m.; and

3)     All pretrial and trial deadlines are vacated. After resolution of any dispositive motions, the Court shall either refer the parties to another magistrate judge for a settlement conference or schedule the matter for trial forthwith.

**IT IS SO ORDERED.**

Dated: May 20, 2013

                                                                        _____
                                                                        Maria-Elena James
                                                                        United States Magistrate Judge