Brad Stuckey, Esq. (SBN 214971)
**STUCKEY HUGHES, APC**
4471 Stoneridge Drive, Suite B
Pleasanton, CA 94588
Telephone: (925) 426-9200
Facsimile: (925) 426-9215
law@ralphdhughes.com

Attorneys for Plaintiff

Julia Azrael (Bar No. 109049)
John S. Curtis (Bar No. 50350)
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone:  (818) 766-5177
Facsimile:  (818) 766-5047

Attorneys for Defendant.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE FEDERICO, an individual, | ) CASE NO.  3:12-cv-02588-MEJ |
| Plaintiff, | ) Case Assigned to the Honorable Maria-Elena James – Ctrm. B |
| vs. | ) [Complaint Filed:  April  20, 2012] |
| OVERLAND CONTRACTING, INC., a Georgia Corporation; and DOES 1 through 30, inclusive, | ) [~~PROPOSED~~] **ORDER ON STIUPULATION TO CONTINUE SUMMARY JUDGMENT HEARING DATE, OPPOSITION & REPLY DEADLINES** |
| Defendants. | ) |
| | )  Hearing Date:          September 5, 2013 |

////

////

////

- 1 -
**[PROPOSED] ORDER ON STIUPULATION TO CONTINUE
SUMMARY JUDGMENT HEARING DATE**

1  Based upon the Stipulation by the parties and for good cause appearing, the Plaintiff's
2  opposition to Defendant's motion for summary judgment is to be filed and served no later than
3  August 22, 2013, the Defendant's reply brief is to be filed and served no later than August 29,
4  2013, and the summary judgment hearing in continued from September 5, 2013 to September 1; ,
5  2013.

6  **IT IS SO ORDERED.**

8  DATED: __August 12__, 2013          _____
                                        Honorable Maria-Elena
9                                       United States Magistrate Judge

- 2 -
**[PROPOSED] ORDER ON STIUPULATION TO CONTINUE
SUMMARY JUDGMENT HEARING DATE**