UNITED STATES DISTRICT COURT

Northern District of California

LEE FEDERICO,　　　　　　　　　　　　　　　No. C 12-2588 MEJ

　　　　　　Plaintiff,　　　　　　　　　　　　　**ORDER VACATING HEARING RE: DOCKET NO. 29**
　v.

OVERLAND CONTRACTING, INC,

　　　　　　Defendant.
_____/

　　　　This matter is currently scheduled for a hearing regarding Defendant's Motion for Summary Judgment on October 3, 2013. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the October 3 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: September 23, 2013

_____
Maria-Elena James
United States Magistrate Judge