UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LEE FEDERICO,<br><br>              Plaintiff,<br>  v.<br>OVERLAND CONTRACTING, INC,<br><br>              Defendant.<br>_____/ | No. C 12-2588 MEJ<br><br>**ORDER VACATING HEARING<br>RE: DOCKET NO. 29** |

This matter is currently scheduled for a hearing regarding Defendant's Motion for Summary Judgment on October 3, 2013. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the October 3 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: September 23, 2013

                                                                _____<br>
                                                                Maria-Elena James<br>
                                                                 United States Magistrate Judge