UNITED STATES DISTRICT COURT

Northern District of California

LEE FEDERICO,

                Plaintiff,

  v.

OVERLAND CONTRACTING, INC.,

                Defendant.
_____/

No. C-12-2588 MEJ

**STATUS ORDER**

On October 4, 2013, the Court ordered the parties to file a joint status report, indicating whether there is any reason *Federico v. Overland Contracting*, C-12-2588 MEJ, and *Smith v. Overland Contracting*, C-12-2588 MEJ, should not be consolidated for purposes of trial and referred to Magistrate Judge Vadas for a combined settlement conference. Having received the parties' reports, the Court shall not consolidate these cases for either purpose.

**IT IS SO ORDERED.**

Dated: October 10, 2013

_____
Maria-Elena James
United States Magistrate Judge