UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEE FEDERICO,

        Plaintiff,

   v.

OVERLAND CONTRACTING, INC.,

        Defendant.

Case No. 12-cv-02588-MEJ

**STATUS ORDER**

    As this matter is now ready to proceed to trial, the Court ORDERS the parties to meet and confer to determine available trial dates. The parties shall file a joint statement by January 2, 2014, indicating when they are both available for trial from April to November 2014, excluding the following weeks when the Court is unavailable: May 12, May 26, June 30, July 7, July 14, July 21, July 28, August 4, September 1, September 15, September 22, October 13, November 10, and November 24.

**IT IS SO ORDERED.**

Dated: December 16, 2013

MARIA-ELENA JAMES
United States Magistrate Judge