Julia Azrael (Bar No. 109049)
John S. Curtis (Bar No. 50350)
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone: (818) 766-5177
Facsimile: (818) 766-5047

Attorneys for Defendant OVERLAND CONTRACTING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE FEDERICO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>OVERLAND CONTRACTING, INC., a Georgia Corporation; and DOES 1 through 30 inclusive,<br><br>Defendants. | CASE NO. CV 12-02588 MEJ<br><br>Case Assigned to the Honorable Maria-Elena James – Ctrm. B<br><br>[Complaint Filed: April 20, 2012]<br><br>**STIPULATION RE DISMISSAL**<br><br>Discovery Cutoff:   June 15, 2013<br>Motion Cutoff:       August 1, 2013<br>Trial Date:              August 25, 2014 |

TO THE HONORABLE MARIA-ELENA JAMES, JUDGE OF THE UNITED STATES DISTRICT COURT:

The parties, having entered in to a settlement of all matters now stipulate that the Court may dismiss this action with prejudice.

///
///
///
///
///

- 1 -
Stipulaton Re Dismissal

Dated: April 7, 2014

LAW OFFICES OF JULIA AZRAEL

By: _____
JULIA AZRAEL
Attorneys for Defendant OVERLAND CONTRACTING, INC.

Dated: April 7, 2014

STUCKEY HUGHES, APC

By: _____
BRAD STUCKEY
Attorneys for Plaintiff LEE FEDERICO