Julia Azrael (Bar No. 109049)
John S. Curtis (Bar No. 50350)
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone: (818) 766-5177
Facsimile: (818) 766-5047

Attorneys for Defendant OVERLAND CONTRACTING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE FEDERICO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>OVERLAND CONTRACTING, INC., a Georgia Corporation; and DOES 1 through 30 inclusive,<br><br>Defendants. | CASE NO. CV 12-02588 MEJ<br><br>Case Assigned to the Honorable Maria-Elena James – Ctrm. B<br><br>[Complaint Filed: April 20, 2012]<br><br>[PROPOSED] **ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Discovery Cutoff: June 15, 2013<br>Motion Cutoff: August 1, 2013<br>Trial Date: August 25, 2014 |

The Court, having considered the Stipulation of Plaintiff and Defendant, hereby dismisses Case No. CV 12-02588 MEJ with prejudice in accordance with the terms of that stipulation.

**IT IS SO ORDERED.**

DATED: April 9, 2014

_____
MARIA-ELENA JAMES
Judge of the United States District Court

- 1 -
[Proposed Order Dismissing Case With Prejudice]